# Weisberg Law, P.C.
## also t/a Consumer Justice Alliance
*Attorneys at Law*

**7 South Morton Avenue**
**Morton, Pennsylvania 19070**
**Ph: 610.690.0801**
**Fax: 610.690.0880**

| | |
|---|---|
| Philadelphia County, Pennsylvania | *Matthew B. Weisberg*\*^ |
| 1500 Walnut St., Ste. 1100 | Graham F. Baird^ |
| Philadelphia, PA 19102 | Robert P. Cocco~+ |
| | |
| | \*NJ & PA Office Manager |
| Camden County, New Jersey | ^Licensed in PA & NJ |
| Two Aquarium Dr., Ste. 200 | ~Licensed in PA |
| Camden, NJ 08103 | +Of Counsel |

Web-Site:  www.weisberglawoffices.com
E-Mail:  mweisberg@weisberglawoffices.com

*Tuesday, November 22, 2011*

**Via Fax (215) 580-2153 & ECF**
Honorable Ronald L. Buckwalter

     RE:    <u>David J. Nuyannes v. Pennsylvania State Police, et al.</u>
              No.: 11-4478

Your Honor:

     Kindly be advised of the undersigned's representation of plaintiff in the above matter. Please accept this informal status update:

     Shortly, the undersigned will formally enter his appearance. Anticipated thereafter, the undersigned will file an Amended Complaint better delineating plaintiff's currently *pro se* claim(s).

     On behalf of plaintiff, we thank this Honorable Court for its consideration of this status update. This matter will be moved forward shortly.

                                                Sincerely,

                                               /s/ Matthew B. Weisberg
                                               MATTHEW B. WEISBERG

MBW/hcm