## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)

| | | |
|---|---|---|
| DAVID NUYANNES | : | Docket No. 11-4478 |
| Plaintiff, | : | |
| v. | : | |
| PENNSYLVANIA STATE POLICE, et al. | : | |
| Defendants. | : | JURY TRIAL DEMANDED |

### NOTICE OF APPEARANCE

TO THE CLERK:

Kindly enter the undersigned, Matthew B. Weisberg, Esquire's appearance on behalf of Plaintiff in the above-captioned matter.

**WEISBERG LAW, P.C.**

/s/ Matthew B. Weisberg
Matthew B. Weisberg, Esquire
Attorney for Plaintiff